# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSHUA T. GROOMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4144

_____

December 15, 2023

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.